USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: __9/29/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KHARIEH BROS, INC. DBA WALTON HAULING; RDS DELIVERY SERVICE CO., INC.; LIGHTNING EXPRESS DELIVERY SERVICE, INC.; AND NEW YORK STATE MOTOR TRUCK ASSOCIATION, INC., DBA TRUCKING ASSOCIATION OF NEW YORK, INDIVIDUALLY AND BY AND THROUGH ITS MEMBERS,

Plaintiffs,

-against-

CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF ENVIRONMENTAL PROTECTION, AND LISA F. GARCIA, solely in her official capacity as Commissioner of the New York City Department of Environmental Protection,

Defendants.

No. 26 Civ. 5659 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

The Court has reviewed the parties' pre-motion letters regarding Defendants' anticipated motion to dismiss. *See* ECF Nos. 41, 43. Leave to file a motion to dismiss is hereby GRANTED.

By **November 10, 2026**, Defendants shall file their motion to dismiss.

By **December 1, 2026**, Plaintiffs shall file their opposition.

By **December 22, 2026**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: September 29, 2026
New York, New York

ANALISA TORRES
United States District Judge